# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARK F. MEDEIROS | ) | |
|     Plaintiff | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No.  CA 09-296 ML |
| | ) | |
| SALLIE MAE, INC. | ) | |
|     Defendant | ) | |

## MOTION TO DISMISS

The Plaintiff Mark F. Medeiros and the Defendant Sallie Mae, Inc. have reached a settlement agreement in the above captioned matter and the Plaintiff hereby moves this Honorable Court to dismiss this case with prejudice, each party to bear their own costs.

Respectfully submitted this 12th day of March 2010,

*[signature]*
Mark F. Medeiros, Plaintiff
464 Eaton St.
Providence, RI 02908
(401) 273-9199

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing MOTION TO DISMISS was filed with the Clerk of the United States District Court for the District of Rhode Island this 12th day of March 2010 and was sent by prepaid first class mail to the following:

Jennifer R. Rossi
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 01603